UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERESTED UNDERWRITERS AT LLOYDS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LAFITTE CORK & CAPSULE, INC.,<br><br>　　　　Defendant. | Case No. 20-cv-00565-RS   (TSH)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY** |

　　　This case has been referred to the undersigned magistrate judge for all discovery-related matters. The parties must comply with the undersigned's Discovery Standing Order, which is available on the Court's website at https://cand.uscourts.gov/tsh/standing-orders. A copy is included with this notice. Please contact the Courtroom Deputy Clerk, Rose Maher, at (415) 522-4708 with any questions.

　　　**IT IS SO ORDERED.**

Dated: 7/6/2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge