# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERESTED UNDERWRITERS AT LLOYDS OF LONDON *a/s/o* CAYUSE VINEYARDS, LLC,<br><br>   Plaintiffs,<br><br>v.<br><br>LAFITTE CORK & CAPSULE, INC.,<br><br>   Defendants. | No.  3:20-cv-00565-RS<br><br>**ORDER RE: JOINT STIPULATION TO AMEND CASE MANAGEMENT SCHEDULING ORDER AND TRIAL DATE AS MODIFIED BY THE COURT**<br><br>**Complaint Filed: 1/27/20**<br><br>Date: July 2, 2020<br>Time: 11:00 a.m.<br>Courtroom: 3, 17th Floor |

## 1. INTRODUCTION:

The parties have filed a stipulated request to amend this matter's Case Management Schedule. *See* Dkt __. The parties wish to extend the timeline by 60 days. The request is granted, and the Initial Case Management Scheduling Order, Dkt 50, is hereby amended as follows:

1. ALTERNATIVE DISPUTE RESOLUTION.

MEDIATION.  The parties will seek to engage in private mediation to be completed by May 2, 2022.

2. DISCOVERY.

On or before March 30, 2022, all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

///

3. EXPERT WITNESSES.

The disclosure and discovery of expert witnesses shall proceed as follows:

a. On or before April 15, 2022, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

b. On or before May 9, 2022, parties will designate their supplemental and rebuttal experts in accordance with Federal Rules of Civil Procedure 26(a)(2).

c. On or before May 24, 2022, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

4. FURTHER CASE MANAGEMENT CONFERENCE.

Further Ca se Management currently scheduled for February 3, 2022 should be continued at the Court's discretion to a date in the first week of April. Specifically, **April 7, 2022.**

5. PRETRIAL MOTIONS.

All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7.  Each party is limited to one motion for summary judgment absent leave of Court.  All pretrial motions shall be heard no later than **July 20, 2022**. The Court encourages the participation at oral argument of lawyers who are early in their professional career (e.g., 0-10 years of experience).

6.  PRETRIAL CONFERENCE.

The final pretrial conference will be held on **September 14, 2022 at 10:00 a.m**. in Courtroom 3, 175h Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

7.  TRIAL DATE.

A jury trial shall commence on **September 26,  2022 at 9:00 a.m**., in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

The above dates including additional discovery deadlines are included in the following chart:

| Scheduling Order | Presently Scheduled Date | New Requested Dates |
| --- | --- | --- |
| Mediation Must Be Completed | 3/1/2022 | 5/2/2022 |
| Last Day to Complete all Non-Expert Discovery | 1/29/2022 | 3/30/2022 |

| | | |
|---|---|---|
| Last Day for Parties to Designate Experts | 2/14/2022 | 4/15/2022 |
| Last Day for Parties to Designate Supplemental Experts | 3/8/2022 | 5/9/2022 |
| Last Day to Complete All Expert Witness Discovery | 3/25/2022 | 5/24/2022 |
| Last Day to File All Dispositive Pretrial Motions | 4/4/2022 | 6/6/2022 |
| Last Day for Counsel to Meet and Confer Regarding Case Settlement | 5/21/2022 | 7/20/2022 |
| Last Day for Counsel to Exchange Copies of All Trial Exhibits | 6/3/2022 | 8/2/2022 |
| Oppositions to MIL | 6/10/2022 | 8/9/2022 |
| Pre-trial Conference | 6/15/2022 | 9/14/2022 |
| Trial Brief | 6/20/2022 | 8/19/2022 |
| Trial | 7/11/2022 | 9/26/2022 |

IT IS SO ORDERED.

Dated:  January 26 , 2022

_____
RICHARD SEEBORG
United States District Judge