UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERESTED UNDERWRITERS AT LLOYDS,<br><br>    Plaintiff,<br><br>    v.<br><br>LAFITTE CORK & CAPSULE, INC.,<br><br>    Defendant. | Case No. 20-cv-00565-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **May 26, 2022**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **June 2, 2022**, by Zoom Webinar and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: April 14, 2022

_____
Richard Seeborg
Chief United States District Judge